**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BASF INTERNATIONAL CORPORATION, AND BASF CORPORATION, AS TRANSFEREE OF BASF INTERNATIONAL CORPORATION, | § | |
| Plaintiffs, | § | No. 05-298 T |
| | § | The Honorable Lawrence M. Baskir |
| v. | § | |
| THE UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

**JOINT STATUS REPORT**

The parties submit this Joint Status Report in accordance with the Court's Order dated November 1, 2005, which granted the parties' Joint Motion for Suspension of Proceedings for settlement negotiations. The Order requires the parties to file "a Joint Status Report on December 1, 2005, and every ninety days thereafter, regarding the settlement negotiations." The parties filed the last Joint Status Report on May 31, 2006.

By letter dated September 28, 2006, plaintiff was advised of the administrative settlement which was authorized that day on behalf of the Attorney General. On November 8, 2006, a Treasury check representing the agreed-upon amount to which plaintiff was entitled pursuant to that settlement was sent to plaintiff's counsel. The stipulation for dismissal will be filed when the Internal Revenue Service Center has issued a Notice of Adjustment accurately reflecting the transactions leading to the payment.

Respectfully submitted,

/s Mary A. McNulty

MARY A. McNULTY
Attorney of Record
*Thompson & Knight L.L.P.*
*1700 Pacific Avenue, Suite 3300*
*Dallas, Texas 75201*
*Voice: (214) 969-1187*
*Fax: (214 880-3182*
*mary.mcnulty@tklaw.com*

Attorney for Plaintiff

/s W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*(202) 307-0503*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

November 27, 2006

/s David Gustafson
Of Counsel

Attorneys for Defendant