**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BASF INTERNATIONAL CORPORATION, AND BASF CORPORATION, AS TRANSFEREE OF BASF INTERNATIONAL CORPORATION, | § | |
| Plaintiffs, | § | No. 05-298 T<br>The Honorable Lawrence M. Baskir |
| v. | § | |
| THE UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed that the above-entitled case be dismissed with prejudice and that each party bear its own costs, including any possible attorneys' fees or other expenses of litigation.

Respectfully submitted,

November 28, 2006

s/ Mary A. McNulty

MARY A. McNULTY
Attorney of Record
*Thompson & Knight L.L.P.*
*1700 Pacific Avenue, Suite 3300*
*Dallas, Texas 75201*
*Voice: (214) 969-1187*
*Fax: (214 880-3182*
*mary.mcnulty@tklaw.com*

Attorney for Plaintiff

November 28, 2006

s/ W. C. Rapp

W. C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

November 28, 2006

s/ David Gustafson

Of Counsel

Attorneys for Defendant